UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO, on behalf of herself and all
others similarly situated,

                        Plaintiff,

            -against-

Sarkli-Repechage, Ltd.,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __4/4/2023__

23 Civ. 720 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On January 31, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by April 3, 2023.  ECF No. 8.  Those submissions are now overdue.  Accordingly, by **April 11, 2023**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: April 4, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge