UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASMINE TORO, Individually and on behalf of all
others similarly situated,

                            Plaintiffs,

         -against-

SARKLI-REPECHAGE, LTD.
                          Defendant.
-----------------------------------------------------------------X

Case No. 23-cv-720

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: May 18, 2023

New York, New York

| MARS KHAIMOV LAW, PLLC | O'HAGAN MEYER LLP |
|---|---|
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Adi Kanlic, Esq. |
| 10826 64th Avenue, Ste 2nd Floor | One East Wacker Drive, Suite 3400 |
| Forest Hills, New York 11375 | Chicago, IL 60601 |
| (917) 915-7415 | 312.422.6100 |
| mars@khaimovlaw.com | AKanlic@ohaganmeyer.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J

4895-5040-3388.1