```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JASMINE TORO, Individually and on behalf of all others similarly situated,

                                Plaintiffs,

     -against-

SARKLI-REPECHAGE, LTD.
                                Defendant.
---------------------------------------------------------------X

Case No. 23-cv-720

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: May 18, 2023

New York, New York

MARS KHAIMOV LAW, PLLC

By: _____
   Mars Khaimov, Esq.
   10826 64th Avenue, Ste 2nd Floor
   Forest Hills, New York 11375
   (917) 915-7415
   mars@khaimovlaw.com
   *Attorneys for Plaintiff*

O'HAGAN MEYER LLP

By: _____
   Adi Kanlic, Esq.
   One East Wacker Drive, Suite 3400
   Chicago, IL 60601
   312.422.6100
   AKanlic@ohaganmeyer.com
   *Attorneys for Defendant*

SO ORDERED.

Dated: May 22, 2023
       New York, New York

_____
**ANALISA TORRES**
United States District Judge